IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DEMETRIUS HARRIS,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION 15-00365-KD-B |
| | : | |
| **JLG INDUS.,** *et al.*, | : | |
| Defendants. | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation (Doc. 26) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 11, 2016, is **ADOPTED** as **AMENDED** as the opinion of this Court as follows: Line 14 on Page 4 of Doc. 26 is **AMENDED** such that "JLG" is **DELETED** and "Rodriguez" is inserted in its place.

Accordingly, it is **ORDERED** that Plaintiff's Motion to Remand (Doc. 6) and Defendant's Motion to Strike (Doc. 17) are **DENIED**, as **AMENDED** *supra*.

**DONE** and **ORDERED** this the **27**$^{th}$ day of **January 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**